UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,

   Plaintiff,

v.

ROSS ISLAND SAND AND GRAVEL COMPANY,

   Defendant,

v.

WASHINGTON TRUST BANK,

   Garnishee.

Case No. MC19-0013RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

  This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Ross Island Sand and Gravel Company, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Washington Trust Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on January 24, 2019.

  Dated this 31st day of January, 2019.

          /s/ Robert S. Lasnik
          Robert S. Lasnik
          United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT